(Post 11/2015)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____JONESBORO_____ DIVISION

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 08 2019

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

Nacy Phillips

_____

(Name of plaintiff or plaintiffs)

v.

CIVIL ACTION NO. __3:19-cv-00319 JM__
(case number to be supplied by the assignment clerk)

Crisp Contractors

_____

This case assigned to District Judge __Moody__
and to Magistrate Judge __Kearney__

(Name of defendant or defendants)

**COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964**

1.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2.  Plaintiff, __Nacy Phillips__, is a
    (name of plaintiff)
    citizen of the United States and resides at __1145 3rd St. P.O. Box 1094__,
    (street address)
    __Hughes__, __St Francis__, __Ar.__, __72348__
    (city)  (county)  (state)  (ZIP)
    __9044693682__.
    (telephone)

3.  Defendant, __Crisp Contractors__, lives at, or its
    (name of defendant)
    business is located at __1598 Thompson Ave__, __West Memphis__
    (street address)  (city)
    __Crittenden__, __Ar.__, __72301__.
    (county)  (state)  (ZIP)

4.  Plaintiff sought employment from the defendant or was employed by the

defendant at __Crisp Contractors__, __West Memphis__,
              (street address)                    (city)
__Crittenden__, __Ar.__, __72301__.
(county)         (state)         (ZIP)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about __7__ __5__ __2019__.
       (month)     (day)     (year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about __9__ ____ __2019__.
     (month)    (day)    (year)

7. The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on __10__ __4__ __2019__, a copy of which notice
     (month)  (day)  (year)
is attached to this complaint.

8. Because of plaintiff's (1) _____ race, (2) _____ color, (3)__✓__ sex, (4) _____ religion, (5) _____ national origin, defendant:

    (a) _____ failed to employ plaintiff.

    (b) _____ terminated plaintiff's employment.

    (c) __✓__ failed to promote plaintiff.

    (d) _____

_____

_____

_____

9. The circumstances under which the defendant discriminated against plaintiff were

as follows: On July 5 2019, I approached Superviser Alfred alone with truck Boss CJ, to ask him to stop saying things about me that wasn't true. Alfred got off bulldozer with Whiskey bottle in hand took drink and threw Bottle at me. Afred was saying that he was having sex with me and that he was paying me for it.

10. The acts set forth in paragraph 9 of this complaint:

(a) _____ are still being committed by defendant.

(b) _____ are no longer being committed by defendant.

(c) ✓ may still be being committed by defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

(a) _____ Defendant be directed to employ plaintiff, and

(b) _____ Defendant be directed to re-employ plaintiff, and

(c) _____ Defendant be directed to promote plaintiff, and

(d) ✓ Defendant be directed to grant monetary relief

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_____
SIGNATURE OF PLAINTIFF