IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NACY PHILLIPS**                                                                                    **PLAINTIFF**

**V.**                                                 **3:19CV00319 JM**

**CRISP CONTRACTORS**                                                             **DEFENDANT**

## ORDER

The attention of Plaintiff, who is proceeding *pro se*, is directed to the fact that she is required to be familiar and comply with all Federal Rules of Civil Procedure as well as the Local Rules of this Court. The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas. Plaintiff is instructed to be familiar and comply with these Rules.

The Court notes that Local Rule 5.5(c)(2) instructs *pro se* parties that it is their responsibility to notify the Clerk and other parties of any change in address, to monitor the progress of the case, and to prosecute or defend the action diligently. *Pro se* parties should sign all pleadings and include their address and telephone number with the signature. If any communication from the Court to a *pro se* party is not responded to within thirty (30) days, the <u>Court may dismiss the case for failure to prosecute</u>.

IT IS SO ORDERED this 30th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE