## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

NACY PHILLIPS                                                              PLAINTIFF

V.                              3:19CV00319 JM

CRISP CONTRACTORS                                                          DEFENDANT

### ORDER

      Pending is Plaintiff Nacy Phillips's motion for extension of time (Doc. 21) to comply with this Court's June 10, 2020 Order (Doc. 20). Despite direction to become familiar with the Local Rules, Phillips did not comply with Local Rule 6.2(b) in her motion by failing to indicate that she had conferred with counsel about the requested extension. Nevertheless, for good cause shown, Phillips's request for an additional 15-days to comply with the Court's Order is GRANTED.

      By Wednesday, July 15, 2020, Phillips is ordered do one of two things:   (1) either contact Defendant's attorney and work out a time for delivery of the outstanding discovery, or (2) file a response to the motion to compel with the Court explaining why she has not participated in discovery. Again, should an agreement be made between the parties, Defendant is directed to notify the Court and withdraw its motion to compel. Phillips is warned that no further extensions will issue.

      IT IS SO ORDERED this 1st day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE