# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**NACY PHILLIPS**                                                     **PLAINTIFF**

**V.**                         **3:19CV00319 JM**

**CRISP CONTRACTORS**                                     **DEFENDANT**

## ORDER

Pending is Defendant, Crisp Contractors', Motion to Compel Discovery. (Doc. 19) For the reasons stated below, the motion is GRANTED.

Crisp contends that it served Interrogatories and Requests for Production of Documents on Phillips on March 25, 2020. By letter sent May 5, 2020, Crisp reminded Phillips of her obligation to exchange initial disclosures and participate in discovery. (Doc. 19-2) On June 6, 2020, Crisp filed the underlying motion requesting the Court's assistance in compelling Phillips's participation. (Doc. 19).

The Court has now twice ordered Phillips to work with Crisp to resolve this issue without the Court's assistance. (Doc. 20 & 23) Specifically, Phillips was ordered to do one of two things by July 15, 2020: (1) either contact Crisp's attorney and work out a time for delivery of the outstanding discovery, or (2) file a response to the motion to compel with the Court explaining why she has not participated in discovery. Additionally, Crisp was ordered to withdraw its motion if the parties were able to reach an agreement. The motion remains pending, and the time for compliance has passed.

For good cause shown, Crisp's Motion to Compel Discovery (Doc. 19) is GRANTED. The Court is sympathetic to Phillips's *pro se* status; however, Crisp cannot defend itself in this action without Phillips's participation. Phillips is directed to provide full and complete responses to the outstanding discovery requests and to provide her initial disclosures within ten (10) days

of the entry of this order. Failure to comply with this order could result in the dismissal of this case without prejudice.

      IT IS SO ORDERED this 16th day of July, 2020.

                                                                         _____
                                                                          UNITED STATES DISTRICT JUDGE