# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**NACY PHILLIPS**                                                                                    **PLAINTIFF**

**V.**                                    **3:19CV00319 JM**

**CRISP CONTRACTORS**                                                            **DEFENDANT**

## ORDER

Defendant Crisp Contractor has moved Motion for Summary Judgment on all claims. (Doc. 26) Ms. Phillips now has an opportunity to file a response opposing the motion. To be considered, the response must be filed by Friday, November 20, 2020.

In opposing the motion for summary judgment, Ms. Phillips may attach documents and affidavits that she or others have signed. Because affidavits are sworn statements, they must be either notarized or declared under penalty of perjury (see 28 U.S.C. § 1746). Unsworn statements will not be considered in deciding the motion for summary judgment. And to be considered, an affidavit must be based on the personal knowledge of the person who signs it.

If Ms. Phillips files a response, she must also file a separate, short statement setting forth the disputed facts that she believes must be decided at a trial. See Local Rule 56.1, Rules of the United States District Court for the Eastern District of Arkansas.

While Ms. Phillips is not required to file a response to the Defendant's motion for summary judgment, the failure to file a timely response and statement of disputed facts will result in all the facts in Defendant's Statement of Undisputed Facts being deemed admitted by Ms. Phillips under Local Rule 56.1(c).

IT IS SO ORDERED this 22nd day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE