**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**NACY PHILLIPS**                                                                    **PLAINTIFF**

**v.**                                            **Case No. 3:19-cv-00319-JM**

**CRISP CONTRACTORS**                                                      **DEFENDANT**

**ORDER**

Pursuant to Administrative Order 8, the jury trial scheduled for January 11, 2021 is

continued.  A new scheduling order shall issue.

IT IS SO ORDERED this 4th day of January, 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE