IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NACY PHILLIPS                                                                                           PLAINTIFF

V.                                          3:19CV00319 JM

CRISP CONTRACTORS                                                                            DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 14th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE