# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**NACY PHILLIPS**                                                                       **PLAINTIFF**

**V.**                            **3:19CV00319 JM**

**CRISP CONTRACTORS**                                      **DEFENDANT**

## ORDER

In Phillips's motion, Doc. 40, she seeks an extension from the Court of Appeals, not this Court. Therefore, the Court directs the Clerk of the Court to forward Doc. 40 to the Clerk of the U.S. Court of Appeals for the Eighth Circuit and remove the gavels on the motion from the docket sheet. Phillips is directed to file any future documents with the Clerk of Court for the Eighth Circuit, 111 South 10th St., Rm 24.329, St. Louis, MO 63102.

IT IS SO ORDERED this 15th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE